**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) No. 00-CR-30023-003-WDS |
| | ) |
| **CHRISTOPHER FREEMAN** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Before the Court is a motion by the attorney for Defendant Freeman requesting leave to withdraw as attorney of record based on her determination that Defendant Freeman is not eligible for a sentence reduction based on the crack cocaine amendment as Defendant was sentenced based on over 4.5 kilograms of crack cocaine. Counsel requests that the Court allow Defendant Freeman to proceed on his pro se filings and asks for an additional 30 days for Defendant to supplement his pro se filings. The Court being advised of the premises and for good cause shown finds the motion should be allowed. Therefore,

**IT IS HEREBY ORDERED** that the Office of the Federal Public Defender is allowed leave to withdraw and Defendant Freeman has 30 days from entry of this Order to supplement his pro se filings concerning a requested reduction in sentence.

**IT IS SO ORDERED.**

Dated: <u>March 23, 2009</u>

<u>  s/*WILLIAM D. STIEHL*  </u>
District Judge